# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

ALLCO, LLC & ALLCO VIRGIN
ISLANDS, LLC

NO.  2020 CW 0001

VERSUS

APTIM ENVIRONMENTAL &
INFRASTRUCTURE, INC. & JONATHAN
HUNT

APR 2 8 2020

---

In Re:    Aptim Environmental & Infrastructure, LLC, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No.  683404.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.**  Relators failed to provide a copy of
the pertinent court minutes in violation of Uniform Rules of
Louisiana Courts of Appeal, Rule 4-5(C)(10).  Additionally, this
court is unable to address the merits of the relators' writ
application without a copy of the transcript of the hearing on
October 15, 2019, including identification of evidence admitted at
the hearing.

Supplementation of this writ application and/ or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with
this court, it must contain all pertinent documentation, including
documentation to show that the original writ application was
timely, the missing items noted above, and must comply with Uniform
Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new
application must be filed on or before May 29, 2020 and must
contain a copy of this ruling.

                              TMH
                              AHP
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT